UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:23-cr-00193-LSC-SGC-1 |
| ) | |
| TYMAINE LADARIUS DARWIN, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to dismiss the indictment under the Second Amendment (doc. 13) and a motion to strike the ACCA allegations from the indictment, or, in the alternative, for a penalty-phase jury trial (doc. 14). The Government has responded to both motions. (Docs. 16 & 17.) The magistrate judge filed a report and recommendation as to each motion, recommending that both motions be denied. (Docs. 23 (as to motion to dismiss the indictment) & 24 (as to motion to strike ACCA allegations). The defendant has objected to both report and recommendations. (Docs. 25 & 26.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendations and the objections thereto,

1

the Court is of the opinion that both reports are due to be and hereby are **ADOPTED**, and both recommendations are **ACCEPTED**. Consequently, the motion to dismiss the indictment under the Second Amendment (doc. 13) and the motion to strike the ACCA allegations from the indictment, or, in the alternative, for a penalty-phase jury trial (doc. 14) are both hereby **DENIED**.

    **DONE** and **ORDERED** on February 27, 2024.

                                                        L. Scott Coogler
                                            United States District Judge

160704